# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Devin Buckley**; DOB: 1999; United States<br>**Darnell Dubois Xavier Sayles**; DOB: 1998; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-02231MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about August 26, 2019, at or near Whetstone, in the District of Arizona, **Devin Buckley** and **Darnell Dubois Xavier Sayles,** named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known or in reckless disregard that certain aliens, namely Luis Miguel Mendez-Castillo and Rafael Gonzalez-Lucas, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about August 26, 2019, at or near Whetstone, in the District of Arizona, **Devin Buckley** and **Darnell Dubois Xavier Sayles,** knowing that certain illegal aliens, Luis Miguel Mendez-Castillo and Rafael Gonzalez-Lucas, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Luis Miguel Mendez-Castillo and Rafael Gonzalez-Lucas so that they would not be apprehended by law enforcement by transporting them in the vehicle that **Darnell Dubois Xavier Sayles** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3..**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about August 26, 2019, at or near Whetstone, in the District of Arizona; United States Border Patrol Agents (BPA) observed a 2008 Ford Taurus passing through the SR-90 immigration checkpoint with the window half way down. The checkpoint was closed at that time due to the rain. BPA followed the vehicle and attempted to pull up next to it on the left lane. The driver drastically lowered the speed to approximately 50 mph in a 65 mph zone. BPA pulled behind the vehicle and noticed a head raise up and look back from the window of the rear cargo area. Record checks revealed that the vehicle was registered to an address in Tempe, AZ. BPA conducted a vehicle stop and identified the driver as **Darnell Dubois Xavier Sayles** and Devin **Buckley** as the front seat passenger, both United States Citizens. BPA encountered three rear passengers, including one laying in the cargo area of the vehicle. BPA determined that the rear passengers were in the United States illegally and identified two as Luis Miguel Mendez-Castillo and Rafael Gonzalez-Lucas. BPA found three separated sealed bags with marijuana and six cartridges of THC. **Buckley** claimed the marijuana was his.

Material witnesses Mendez and Gonzalez stated that they had made arrangements to be smuggled into the United States for money. Gonzalez stated he crossed the International Boundary Fence with three other subjects. Gonzalez stated that they were given instructions to follow an antenna until they reach a road. Gonzalez stated that they were hiding by the road when a car with two African American males stopped and were told to get in. Mendez stated that he was taken to a trailer where he was picked up by the two African American males. Gonzalez stated he was put in the back and was told to get down. Mendez also stated that he was told to get down when he entered the vehicle. Mendez and Gonzalez stated that they made one stop to get gas. Gonzalez said that they were smoking marijuana in the car. Gonzalez stated that he saw the driver texting as he drove. Mendez and Gonzales identified **Syles** as being in the vehicle in a photo line-up.
**Continued on the back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Luis Miguel Mendez-Castillo and Rafael Gonzalez-Lucas

| DETENTION REQUESTED<br>COMPLAINT REVIEWED by AUSA JW/ri<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 28, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

**Continued from front.**

In a post-*Miranda* statement, **Buckley** claimed that he and **Sayles** drove to Sierra Vista to meet some girls but the girls did not want to meet ultimately and they were returning to Tucson. **Buckley** claimed that he was asleep for most of the trip and only woke up when they stopped at a gas station. **Buckley** claimed that at the gas station **Sayles** was approached by some subjects and asked him for a ride to Tucson or Phoenix. **Buckley** stated the subjects entered the vehicle and they drove until they were stopped by BPA.